1

2

3

4

5

6

7

8                    **UNITED STATES DISTRICT COURT**

9                    **CENTRAL DISTRICT OF CALIFORNIA**

10

11

12   ARBBIE HODGE,                    )     No. CV 12-8436-DOC (CW)
                                      )
13                    Petitioner,     )     JUDGMENT
                                      )
14        v.                          )
                                      )
15   GARY SWARTHOUT, Warden,          )
                                      )
16                    Respondent.     )
     _____)
17

18        **IT IS ADJUDGED** that the petition for writ of habeas corpus is

19   dismissed, with prejudice, as untimely.

20

21   DATED:   September 4, 2013

22                                    _____
                                           DAVID O. CARTER
23                                      United States District Judge

24

25

26

27

28